UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NASSER ABDULLAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J VILSACK, et al.,<br><br>Defendants. | Case No. 22-cv-04798-SK<br><br>**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 21 |

On August 25, 2022, this case was transferred to this District from the District of Columbia. (Dkt. No. 13.) On the same date, the Court issued an Initial Case Management Scheduling Order in which a Case Management Conference was scheduled for November 21, 2022 and a deadline to file a joint case management statement was set for November 14, 2022. Since that time, Plaintiff's counsel has not made an appearance in this District and has not filed an application to appear *pro hac vice*. Nor has Plaintiff filed a case management statement or sought relief from this deadline. Therefore, the Court HEREBY ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a response in writing by no later than November 21, 2022.

The Court HEREBY VACATES the Case Management Conference and all related deadlines. The Court DENIES Defendants' administrative motion to continue the Case Management Conference as MOOT.

**IT IS SO ORDERED**.

Dated: November 15, 2022

_____
SALLIE KIM
United States Magistrate Judge